AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| IN RE: COMPLAINT OF ADRIAN AVENA, ET AL.<br>*Plaintiff*<br>v.<br>KIMBERLY WOLFE<br>*Defendant, Third-party plaintiff*<br>v.<br>DANIEL J. AVENA and THE UNITED STATES OF AMERICA<br>*Third-party defendant* | Civil Action  No.  1:21-CV-00515 (NLH)(MJS) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  THE UNITED STATES OF AMERICA
c/o United States Attorney's Office
Camdel Federal Building & U.S. Courthouse
401 Market Street, 4th Floor
Camden, NJ 08101

　　　A lawsuit has been filed against defendant   Kimberly Wolfe  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Adrian Avena & AA Commercial , LLC  .

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

　Hofmann & Schweitzer
　1130 Route 202 South, Suite A7, Raritan, NJ 08869

　　　It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

　Reeves McEwing, LLP
　10 Andrews Lane, PO BOX 599, Dorchester, NJ 08316

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

　　　A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:21-CV-00515 (NLH)(MJS)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: