UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: COMPLAINT OF ADRIAN AVENA AS OWNER AND | : | IN ADMIRALTY |
| AA COMMERCIAL, LLC AS OWNER PRO HAC VICE OF THE | : | |
| FISHING VESSEL CONCH'RD FOR EXONERATION FROM OR | : | NO. 1:21-cv-00515 |
| LIMITATION OF LIABILITY | : | |

---

KIMBERLY WOLFE, AS PERSONAL REPRESENTATIVE OF      :
THE ESTATE OF AARON GREENBERG, AND ON BEHALF OF :
KG, OVER WHOM KIMBERLY WOLFE IS THE APPOINTED   :
CO-GUARDIAN, AND WHO IS THE SURVIVING MINOR         :
CHILD OF THE DECEDENT, AARON GREENBERG                   :
                                                                                                                :
                                        *Third-Party Plaintiff*                         :
                                        -V-                                                           :
                                                                                                                :
DANIEL J. AVENA and THE UNITED STATES OF AMERICA :
                                                                                                                :
                                        *Third-Party Defendants*                :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within Plaintiffs' Answers to Claims in Limitation was served upon the following parties on the date set forth below via ECF:

Paul Hofmann, Esquire
212 W. 35th Street, 12th Floor
New York, NY  10001

                                                 REEVES McEWING, LLP

                                               */s/ Brian McEwing, Esquire*
                                               BRIAN MCEWING, ESQUIRE
                                               Attorney ID #1161-2008
                                               10 Andrews Lane, PO Box 599
                                               Dorchester, NJ  08316
                                               Tele: #609-846-4717
                                               Attorney for Plaintiffs
                                               mcewing@lawofsea.com

Date:  11/29/2021