Thomas M. Brown, Esq.
U.S. Department of Justice
Aviation, Space & Admiralty Litigation
175 N Street, NE, 8th Floor
Washington, DC 20002
(202) 616-4112

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* Complaint of ADRIAN AVENA, as Owner and AA COMMERCIAL, LLC, as Owner *Pro Hac Vice*, of the Fishing Vessel CONCH'RD, for Exoneration from or Limitation of Liability | HON. KAREN WILLIAMS<br><br>*Civil Action No.* 1:21-515 (KMW) (MJS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the United States of America moves before the Honorable Karen M. Williams, U.S.D.J., on the Motion Day of **April 18, 2022**, for an Order dismissing all claims against the United States, ECF No. 33 (Wolfe Am. Compl.), ECF No. 27 (Petitioners' Cross-cl.), ECF No. 34 (D. Avena Cross-cl.), and ECF Nos. 48 and 50 (Revere Survival, Inc., Cross-cls.), pursuant to Fed. R. Civ. P. 12(c) and 12(h)(3). In support of this motion for judgment on the pleadings and motion to dismiss, the United States relies upon the attached brief. Oral argument is not requested.

Dated: March 25, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

PHILIP R. SELLINGER
United States Attorney

*/s/ Thomas M. Brown*
THOMAS M. BROWN
JARED H. HOOD
Trial Attorneys

1

United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 8th Floor
Washington, DC 20002
(202) 616-4112 / (202) 598-1235
Thomas.M.Brown@usdoj.gov
Jared.H.Hood@usdoj.gov
Fax: (202) 616-4002
*Attorneys for the United States*