Thomas M. Brown, Esq.
U.S. Department of Justice
Aviation, Space & Admiralty Litigation
175 N Street, NE, 8th Floor
Washington, DC 20002
(202) 616-4112

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* Complaint of ADRIAN AVENA, as Owner and AA COMMERCIAL, LLC, as Owner *Pro Hac Vice*, of the Fishing Vessel CONCH'RD, for Exoneration from or Limitation of Liability | HON. KAREN WILLIAMS<br><br>*Civil Action No.* 1:21-515 (KMW) (MJS)<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the third-party Defendant United States of America's motion for judgment on the pleadings and motion to dismiss, ECF No. 58, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this _____ day of _____, 2022,

**ORDERED** that the claims of third-party Plaintiff Kimberly Wolfe against the United States, ECF No. 33, are **DISMISSED**; and it is further

**ORDERED** that the claims of Petitioners Adrian Avena and AA Commercial, LLC against the United States, ECF No. 27, are **DISMISSED**; and it is finally

**ORDERED** that the derivative cross-claims against the United States for contribution and indemnification, by third-party Defendants Daniel Avena, ECF No. 34, and Revere Survival, Inc., ECF Nos. 48 and 50, are **DISMISSED**.

_____
Hon. Karen M. Williams
United States District Judge