## **CERTIFICATE OF SERVICE**

  I, Thomas M. Brown, Trial Attorney for the U.S. Department of Justice (Aviation, Space, & Admiralty Litigation), hereby certify that on March 25, 2022, the foregoing Notice of Motion, Brief in support thereof, and Proposed Order were filed using the Court's CM/ECF system, which will send an electronic notice of filing to the following counsel of record:

| | |
|---|---|
| Brian McEwing<br>Reeves McEwing LLP<br>10 Andrews Lane<br>P.O. Box 599<br>Dorchester, NJ 08316-0599<br>609-846-4717 / Fax: 609-884-4378<br>Email: mcewing@lawofsea.com<br>*Attorneys for Adrian Avena and AA Commercial, LLC* | Mary Reeves<br>Reeves McEwing LLP<br>1004 S. Front Street<br>Philadelphia, PA 19147<br>267-324-3773 / Fax: 267-519-9463<br>Email: reeves@lawofsea.com |
| Paul T. Hofmann<br>Hofmann & Schweitzer<br>1130 Route 202 South<br>Suite A7<br>Raritan, NJ 08869<br>908-393-5662<br>Email: paulhofmann@hofmannlawfirm.com<br>*Attorneys for Kimberly Wolfe* | Joseph Fattorusso, II<br>Hofmann & Schweitzer<br>212 West 35th St., 12th Fl.<br>New York City, NY 10001<br>609-757-2358<br>Email: joseph@hofmannlawfirm.com |

Michael Louis Testa, Sr.
Testa Heck Scrocca & Testa, PA
424 Landis Avenue
P.O. Box 749
Vineland, NJ 08360
(856) 691-2300
Email: mtesta@testalawyers.com
*Attorney for Daniel J. Avena*

Kevin O'Donnell
Kaufman, Dolowich & Voluck, LLP
25 Main Street, Suite 500
Hackensack, NJ 07601
Tel: 201-488-6655
Email: kodonnell@kdvlaw.com
*Attorney for Revere Survival, Inc.*

                    */s/ Thomas M. Brown*
                    THOMAS M. BROWN
                    Trial Attorney