HOFMANN & SCHWEITZER
*Attorneys for Third-Party Plaintiff*
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5662    Fax: 212-465-8849
paulhofmann@hofmannlawfirm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X

IN RE: COMPLAINT OF ADRIAN AVENA, AS OWNER                    1:21-cv-00515(NLH)(MJS)
AND AA COMMERCIAL, LLC., AS OWNER PRO HAC
VICE, OF THE FISHING VESSEL CONCH'RD, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY


-------------------------------------------------------------------------X

KIMBERLY WOLFE, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF AARON GREENBERG, AND ON
BEHALF OF KG, OVER WHOM KIMBERLY WOLFE IS THE
APPOINTED CO-GUARDIAN, AND WHO IS THE SURVIVING
MINOR  CHILD OF THE DECEDENT, AARON GREENBERG,

                                Third-Party Plaintiff,

      V.

DANIEL J. AVENA, THE UNITED STATES OF AMERICA,
CM HAMMAR AB, and REVERE SURVIVAL, INC.,

                                Third-Party Defendants.
-------------------------------------------------------------------------X

### NOTICE OF MOTION FOR THIRD-PARTY PLAINTIFF TO AMEND AND FILE A SECOND AMENDED THIRD-PARTY COMPLAINT

     Third-Party Plaintiff in the above-captioned case, on an unopposed motion and with the parties consent will respectfully move this Court, pursuant to the United States District Court, District of New Jersey Local Rule 15.1(a), for leave to amend and file a Second Amended Third-

Party Complaint, and, in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Respectfully Submitted this 12th day of September 2022.

                                                    HOFMANN & SCHWEITZER
                                                    Attorneys for Third-Party Plaintiff

                                                    By: _____
                                                    Joseph Pattorusso, Esq.
                                                    1130 Route 202 South, Suite A7
                                                    Raritan, NJ 08869
                                                    Tel: 908-393-5662   Fax: 212-465-8849
                                                    Joseph@hofmannlawfirm.com