HOFMANN & SCHWEITZER
*Attorneys for Third-Party Plaintiff*
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5662   Fax: 212-465-8849
paulhofmann@hofmannlawfirm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------------X

IN RE: COMPLAINT OF ADRIAN AVENA, AS OWNER   1:21-cv-00515(NLH)(MJS)
AND AA COMMERCIAL, LLC., AS OWNER PRO HAC
VICE, OF THE FISHING VESSEL CONCH'RD, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

-------------------------------------------------------------------------------X

KIMBERLY WOLFE, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF AARON GREENBERG, AND ON
BEHALF OF KG, OVER WHOM KIMBERLY WOLFE IS THE
APPOINTED CO-GUARDIAN, AND WHO IS THE SURVIVING
MINOR CHILD OF THE DECEDENT, AARON GREENBERG,

                            Third-Party Plaintiff,

        V.

DANIEL J. AVENA, THE UNITED STATES OF AMERICA,
CM HAMMAR AB, and REVERE SURVIVAL, INC.,

                            Third-Party Defendants.

-------------------------------------------------------------------------------X

**AFFIDAVIT OF JOSEPH FATTORUSSO, ESQ. IN SUPPORT OF THIRD-PARTY PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT.**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    I, JOSEPH FATTORUSSO, being duly sworn deposes and says,

1.      I am co-counsel for the third-party plaintiff, Kimberly Wolfe, and I make this application

for an order permitting her to file and serve a second amended third-party complaint in this matter pursuant to District of New Jersey Local Rule 15.1(a).  This is the first application for the requested relief.

2. The proposed second third-party amended complaint, will add as a third-party defendant, Sea Gear Marine Supply, Inc.  Additionally some clarifications to the text as to the other third-party defendants are included in the proposed second amended third-party complaint.  These proposed changes are based upon documentation obtained by my office, on information and belief, and discussion with counsel.

3. Annexed hereto as Exhibit "1" is a true and accurate copy of the proposed second amended third-party complaint plaintiff will file with this Court should this motion be granted and an order issued.

4. Annexed hereto as Exhibit "2" is a true and accurate copy of the Microsoft Word version of the proposed second amended third-party complaint with track changes on, including additional commentary regarding plaintiff's technical word changes.

5. Both Exhibit 1 and Exhibit 2 were sent to all parties in this matter for their review.

6. Based upon review of the proposed second amended third-party complaint counselors for third-party defendants, Daniel J. Avena, The United States of America, and CM Hammar AB, have given their consent for plaintiff to file the within proposed pleading, but do so pursuant to the notice requirement in Local Rule 15.1.

7. However, the undersigned has been unable to get in contact with Charles R. Issacs, Esq. or Kenneth Danielsen, Esq., of Cipriani & Werner, counsel for Revere Survival, Inc.  Of note, all parties have been aware of our intentions to file a second amended third-party complaint since August 15, 2022.  The undersigned has communicated openly with all

parties about this filing. All parties have engaged in providing their own respective feedback to our requests, and preliminary drafts of the second amended third-party complaint, via email of which Mr. Issacs and Mr. Danielsen have been carbon copied on since August 15, 2022.

8. The undersigned sent emails specifically addressed to Mr. Issacs and Mr. Danielsen on September 2nd, 6th and 9th seeking their consent and review of the proposed second amended third-party complaint, to no avail. On September 7, 2022, the undersigned left a voice message with the offices of Cipriani & Werner regarding same, but no one has responded yet.

9. Thus, all parties have given their consent, except the law offices of Cipriani & Werner on behalf of Revere Survival, Inc. who have provided no response in agreement or to the contrary.

10. I can not continue to wait for the offices of Cipriani & Werner to respond. Therefore, I am respectfully filing the within motion for this Court's consideration.

Dated: 9/12/2022

_____
Joseph Fattorusso

Sworn to before me this
12th day of September, 2022

_____
Notary Public

GERARD HARRINGTON
Notary Public, State of New York
No. 01HA6102369
Qualified in New York County
Commission Expires Dec. 8, 2023