UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** November 2, 2022

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**


**TITLE OF CASE AND DOCKET NUMBER:**

AVENA, et al.
21-cv-515-KMW-EAP


**APPEARANCES:**

MARY REEVES, ESQ. and BRIAN McEWING, ESQ. - for Plaintiffs
PAUL T. HOFMANN, ESQ.  - for Claimant/3rd party Plaintiff Kimberly Wolfe
MICHAEL LOUIS TESTA, SR., ESQ. - for 3rd Party Defendant Avena
BRADLEY J. PREAMBLE, ESQ. and JARED HOOD, ESQ. - for Defendant USA
JAMELE HAMAD, ESQ - for 3rd Party Defendant CM HAMMAR AB
MICHAEL D. NOBLETT, ESQ. and STEPHEN PARRY, ESQ. - for 3rd Party Defendant Revere Survival

**NATURE OF PROCEEDING:**   Motion Hearing

**DISPOSITION:**

Oral argument held on the record.
Oral opinion read into the record.
Ordered Motion for Judgment on the Pleadings and Motion to Dismiss [ECF No. 58] is GRANTED.
Ordered Motion to File 2nd Amended Third-Party Complaint [ECF 84] is DISMISSED as moot.
Order to be entered.


                                        DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 12:51 p.m.  TIME ADJOURNED: 1:55 p.m.  TOTAL TIME: 1 hr.,4 mins.