HOFMANN & SCHWEITZER
*Attorneys for Claimant/Third-Party Plaintiff Kimberly Wolfe*
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5662

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: COMPLAINT OF ADRIAN AVENA, AS OWNER AND AA COMMERCIAL, LLC., AS OWNER PRO HAC VICE, OF THE FISHING VESSEL CONCH'RD, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | 1:21-cv-00515(KMW)(EAP)<br><br>**NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS OF THE COURT'S ORDER DATED NOVEMBER 4, 2022** |

-------------------------------------------------------------------------------x

KIMBERLY WOLFE, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF AARON GREENBERG, AND ON
BEHALF OF KG, OVER WHOM KIMBERLY WOLFE IS THE
APPOINTED CO-GUARDIAN, AND WHO IS THE SURVIVING
MINOR CHILD OF THE DECEDENT, AARON GREENBERG,

                              Third-Party Plaintiff,

V.

DANIEL J. AVENA, THE UNITED STATES OF AMERICA,
CM HAMMAR AB and REVERE SURVIVAL, INC.

                              Third-Party Defendants.
-------------------------------------------------------------------------------x

       Notice is hereby given that Claimant/Third-Party Plaintiff Kimberly Wolfe, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the Honorable Karen M. Williams dated November 4, 2022 (Docket No. 96) and entered on that date, a copy of which is annexed, granting Third-Party Defendant United States of America's motion to dismiss all of the claims and cross-claims asserted against it in this action.

Dated: Raritan, New Jersey
       November 10, 2022

                                            HOFMANN & SCHWEITZER
                                            *Attorneys for Claimant/Third-Party Plaintiff*

                                            By:_____
                                               Paul T. Hofmann (PH1356)
                                               1130 Route 202 South, Ste. 7A
                                               Raritan, New Jersey 08869
                                               Tel: 908-393-5662  Fax: 212-465-8849
                                               paulhofmann@hofmannlawfirm.com

To:    Brian McEwing, Esq.
Mary Elisa Reeves, Esq.
Anthony Sabitsky, Esq.
Reeves McEwing, LLP
*Attorneys for Adrian Avena & AA Commercial, LLC*
10 Andrews Lane, P.O. Box 599
Dorchester, NJ 08316

Michael L. Testa, Esq.
Stephen E. Parrey, Esq.
Testa Heck Testa & White, PA
*Attorneys for Daniel J. Avena*
424 Landis Avenue
Vineland, NJ 08360

Jay A. Hamad, Esq.
Marshall Dennehey Warner Coleman & Goggin
*Attorneys for CM Hammar AB*
88 Pine Street, 21st Floor
New York, NY 10005

Julie B. Dorfman, Esq.
Marshall Dennehey Warner Coleman & Goggin
*Attorneys for CM Hammar AB*
25 Eagle Rock Ave., Suite 302
Roseland, NJ 07068

Michael Noblett, Esq.
Catherine Everett, Esq.
Kenneth B. Danielsen, Esq.
Cipriani & Werner
*Attorneys for Revere Survival, Inc.*
485 Route 1 South, Building E, Ste. 120
Iselin, NJ 08830

Bradley J. Preamble, Esq.
Matthew R. Hyde, Esq.
Michael Gracia, Esq.
U.S. Department of Justice
*Attorneys for United States of America*
Aviation, Space, & Admiralty Litigation
175 N. Street, NE, 8th Floor
Washington, DC 20002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re* Complaint of ADRIAN AVENA, as Owner, and AA COMMERCIAL, LLC, as Owner *Pro Hac Vice*, of the Fishing Vessel CONCH'RD, for Exoneration from or Limitation of Liability | Civil Action No. 1:21-515-KMW-EAP<br><br>**ORDER** |

This matter having come before the Court by way of the United States of America's (the "United States") Motion to Dismiss all of the claims and crossclaims asserted against it in this action for Lack of Subject Matter Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1),[1] and for Judgment on the Pleadings as to the same pursuant to Fed. R. Civ. P. 12(c) (ECF No. 58), the Opposition thereto filed by AA Commercial, LLC and Adrian Avena ("Petitioners") (ECF. 63) and Kimberly Wolfe ("Third-Party Plaintiff") (ECF Nos. 64, 65), and the United States' Reply (ECF No. 66); and the Court having read the submissions and heard the arguments of counsel during oral argument on the Motion held on November 2, 2022; and for the reasons set forth on the record;

IT IS this **4th** day of **November 2022**, hereby **ORDERED** that the United States' Motion (ECF No. 58) is **GRANTED**; and it is further

---

[1] The United States styled its Motion as one to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). However, and as the Court explained during oral arguments, where such motions are predicated on the federal government's assertion of sovereign immunity, they are more properly analyzed under Fed. R. Civ. P. 12(b)(1). *See CNA v. United States*, 535 F.3d 132 (3d Cir. 2006).

1

**ORDERED** that all claims and crossclaims asserted against the United States in this matter are hereby **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction; and it is further

**ORDERED** that, due to the dismissal of the United States from this action, the Motion of Third-Party Plaintiff for Leave to File a Second Amended Third-Party Complaint (ECF No. 84) is hereby rendered **MOOT**; and it is further

**ORDERED** that Third-Party Plaintiff is hereby **GRANTED** leave to file a Motion to File an Amended Third-Party Complaint within thirty (30) days from the entry of this Order.

/s/ Karen M. Williams
KAREN M. WILLIAMS
United States District Judge

cc: Hon. Elizabeth A. Pascal, U.S.M.J.