# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| *In re* Complaint of ADRIAN AVENA, as Owner and AA COMMERCIAL, LLC, as Owner *Pro Hac Vice*, of the Fishing Vessel CONCH'RD, for Exoneration from or Limitation of Liability | Civil Action No. 1:21-515 (KMW)(EAP)<br><br>**PLAINTIFFS ADRIAN AVENA AND AA COMMERCIAL, LLC'S NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS OF THE COURT'S ORDER DATED NOVEMBER 4, 2022** |

Notice is hereby given that Plaintiffs, Adrian Avena and AA Commercial, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable Karen M. Williams dated November 4, 2022 (Docket No. 96) and entered on that date, a copy of which is annexed, granting Third-Party Defendant United States of America's motion to dismiss all of the claims and cross-claims asserted against it in this action.

Dated: November 23, 2022

                                                Respectfully submitted,

                                                REEVES MCEWING, LLP

                                                */s/ Mary E. Reeves*
                                                Mary E. Reeves, Esquire
                                                Brian McEwing, Esquire
                                                1004 S. Front Street
                                                Philadelphia, PA  19147
                                                Phone:  267-324-3773
                                                Facsimile:  267-519-9463
                                                reeves@lawofsea.com
                                                mcewing@lawofsea.com
                                                Attorneys for Plaintiffs

TO: Paul T. Hofmann, Esquire
Joseph Fattorusso, II, Esquire
*Attorneys for Claimant/Third-Party Plaintiff*

Hofmann & Schweitzer
1130 Route 202 South, Suite A7
Raritan, NJ 08869
paulhofmann@hofmannlawfirm.com
joseph@hofmannlawfirm.com

Stephen E. Parrey, Esquire
Michael L. Testa, Sr., Esquire
*Attorneys for Daniel J. Avena*
TESTA HECK SCROCCA & TESTA, PA
424 Landis Avenue, PO box 749
Vineland, NJ  08360
mtesta@testalawyers.com
sparrey@testalawyers.com

Jamele A. Hamad, Esquire
Julie Brooke Dorfman, Esquire
*Attorneys for CM Hammar AB*
Marshall, Dennehey, Warner, Coleman
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY  10005-1801
JAHamad@mdwcg.com
JBDorfman@mdwcg.com

Kenneth B. Danielsen, Esquire
Michael Noblett, Esquire
*Attorneys for Revere Survival, Inc.*
Cipriani & Werner
Woodbridge Corp. Plaza
485 Route 1 South
Building E, Suite 120
Iselin, NJ 08830
kdanielsen@c-wlaw.com
mnoblett@c-wlaw.com

Bradley J. Preamble, Esquire
Robb Hyde, Esquire
Jared Hood, Esquire, *Of Counsel*
*Attorneys for United States of America*
U.S. DEPARTMENT OF JUSTICE
175 N Street, NE, 8th Floor
Washington, DC  20002
Bradley.J.Preamble@usdoj.gov
Robb.Hyde@usdoj.gov
Jared.H.Hood@uscg.mil

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re* Complaint of ADRIAN AVENA, as Owner and AA COMMERCIAL, LLC, as Owner *Pro Hac Vice*, of the Fishing Vessel CONCH'RD, for Exoneration from or Limitation of Liability | Civil Action No. 1:21-515 (KMW)(EAP)<br><br>PLAINTIFFS ADRIAN AVENA AND AA COMMERCIAL, LLC'S NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS OF THE COURT'S ORDER DATED NOVEMBER 4, 2022 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2022, the foregoing was filed using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

Dated: November 23, 2022

                                                   REEVES MCEWING, LLP

                                                   */s/ Mary E. Reeves*
                                                   Mary E. Reeves, Esquire
                                                   Brian McEwing, Esquire
                                                   1004 S. Front Street
                                                   Philadelphia, PA  19147
                                                   Phone:  267-324-3773
                                                   Facsimile:  267-519-9463
                                                   reeves@lawofsea.com
                                                   mcewing@lawofsea.com
                                                   Attorneys for Plaintiffs